1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12  ROBERT SMITH,                          )      No. C-10-00212 WHA
                                           )
13       Plaintiff,                        )
                                           )      ORDER TO EXTEND THE MEDIATION
14       v.                                )      DEADLINE
                                           )
15  UNITED STATES OF AMERICA,              )
                                           )
16       Defendant.                        )
                                           )

17
18
19
20
21
22
23
24
25
26
27
28

[STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE]
[10-00212] WHA

1
2                              [PROPOSED] ORDER
3         The mediation deadline in this action shall be extended from August 4, 2011 to
4    September 9, 2011.
5         **IT IS SO ORDERED.**
6
     Dated: ___June 14, 2011.___                    
7                                               _____
                                                WILLIAM H. ALSUP
8                                               United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE]
[10-00212] WHA