UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| ROBERT SMITH, JODI SMITH<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, and TIMOTY MUNSIL<br><br>Defendants. | CASE NO.: CV-00212- SBA<br><br>**STIPULATION TO SUBSTITUE COUNSEL**<br><br>Trial Date:      None Set<br><br>Action Filed:  **January 15, 2010** |

It is hereby stipulated, consented and agreed that attorneys Patricia A. Turnage, 1260 "B" Street, Suite 140, Hayward CA 94541 and Glen Moss, 1297 "B" Street, Hayward CA 94541, be and they hereby are substituted as attorneys for Plaintiffs Robert Smith and Jodi Smith in the above entitled action in the place and stead of attorney Guy Odom Jr., 800 W. El Camino Real, Ste 180 Mountain View, CA 94040.

DATED: January 25, 2011

LAW OFFICES OF GUY A. ODOM, JR

By: _____
Guy Odom Jr.
Former Attorney for Plaintiffs Robert Smith, Jodi Smith

1

DATED: ~~January~~ April 5, 2011          LAW OFFICES OF PATRICIA TURNAGE

By: _____
Patricia A. Turnage
Substituted Attorney for Plaintiffs Robert Smith, Jodi Smith

DATED: ~~January ___, 2011~~ March 1, 2011          MOSS AND MURPHY

By: _____
Glen Moss
Substituted Attorney for Plaintiffs Robert Smith, Jodi Smith

I hereby consent to the substitution of attorneys Turnage and Moss in place of Attorney Odom.

DATED: ~~January~~ March 31, 2011

By: _____
ROBERT SMITH

BY: _____
JODI SMITH

IT IS SO ORDERED.

July 14, 2011.

Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2