1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12  ROBERT SMITH,                              )      No. C-10-00212 WHA
                                               )
13          Plaintiff,                         )
                                               )      ORDER TO EXTEND THE MEDIATION
14      v.                                     )      DEADLINE
                                               )
15  UNITED STATES OF AMERICA,                  )
                                               )
16          Defendant.                         )
                                               )

17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] ORDER

The mediation deadline in this action shall be extended from September 9, 2011 to October 21, 2011.

**IT IS SO ORDERED.**

Dated: August 9, 2011.



_____
WILLIAM H. ALSUP
United States District Court Judge