MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. B. SLADDEN (CSBN 203307)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SMITH, ) | No. C-10-00212 WHA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO EXTEND THE EXPERT** |
| v. ) | **DISCOVERY CUT OFF** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

The parties, plaintiff Robert Smith ("Plaintiff") and defendant, United States of America ("Federal Defendant") by and through their respective attorneys stipulate as follows:

WHEREAS, pursuant to the current Case Management Order and Reference to ADR Unit for Mediation ("Case Management Order") all rebuttal expert reports are due on January 20, 2012 and expert discovery currently closes on February 3, 2012.

WHEREAS, counsel for the undersigned will be out of the country from January 26 through February 3, 2012,

WHEREAS, the parties do not believe that expert discovery can be completed within the time allotted even with utmost diligence,

ACCORDINGLY, the parties hereby stipulate as follows the close of expert discovery shall be extended to February 17, 2012.

SO STIPULATED.

DATED: January 6, 2012         Respectfully submitted,


                               MELINDA HAAG
                               United States Attorney

                                    /s Melissa Sladden
                               _____
                               MELISSA BROWN SLADDEN
                               Assistant United States Attorney


                               PATRICIA A. TURNAGE
                               Law Offices of Patricia A. Turnage

                                    /s Patricia Turnage

                                    (Signature on file)

DATED: January 6, 2012         _____
                               PATRICIA TURNAGE
                               Attorney for Plaintiff

## [PROPOSED] ORDER

The close of expert discovery in this action shall be extended from February 3, 2012 to February 17, 2011. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: January 10, 2012.



_____
William Alsup
UNITED STATES DISTRICT JUDGE