MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. B. SLADDEN (CSBN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.sladden@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C-10-00212 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND THE EXPERT**<br>**DISCOVERY CUT OFF** |

**STIPULATION**

The parties, plaintiff Robert Smith ("Plaintiff") and defendant, United States of America ("Federal Defendant") by and through their respective attorneys stipulate as follows:

WHEREAS, pursuant to the current Case Management Order and Reference to ADR Unit for Mediation ("Case Management Order") all rebuttal expert reports are due on January 20, 2012 and expert discovery currently closes on February 3, 2012.

WHEREAS, counsel for the undersigned will be out of the country from January 26 through February 3, 2012,

WHEREAS, the parties do not believe that expert discovery can be completed within the time allotted even with utmost diligence,

ACCORDINGLY, the parties hereby stipulate as follows the close of expert discovery shall be extended to February 17, 2012.

SO STIPULATED.

DATED: January 6, 2012          Respectfully submitted,


                                MELINDA HAAG
                                United States Attorney

                                    /s Melissa Sladden
                                _____
                                MELISSA BROWN SLADDEN
                                Assistant United States Attorney


                                PATRICIA A. TURNAGE
                                Law Offices of Patricia A. Turnage

                                    /s Patricia Turnage

                                    (Signature on file)

DATED: January 6, 2012          _____
                                PATRICIA TURNAGE
                                Attorney for Plaintiff

1
2                              [PROPOSED] ORDER
3        The close of expert discovery in this action shall be extended from February 3, 2012 to
4 February 17, 2011.  No further extensions will be granted.
5        **IT IS SO ORDERED.**
6
7
  Dated:  January 10, 2012.           
8                                     _____
                                      William Alsup
9                                     UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28