1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  MELISSA K. B. SLADDEN (CABN 203307)
   Assistant United States Attorney
4  ANN MARIE REDING (CABN 226864)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6962
7     FAX: (415) 436-6748
      melissa.sladden@usdoj.gov
8
   Attorneys for Defendant
9
   PATRICIA A. TURNAGE (CABN 127873)
10 LAW OFFICES OF PATRICIA TURNAGE
   1260 "B" Street, Suite 140
11 Hayward, CA 94541
   Telephone: (510) 727-6752
12 Facsimile: (510) 727-6751

13 GLEN L. MOSS (CABN 44307)
   MOSS AND MURPHY
14 1297 "B" Street
   Hayward, CA 94541
15 Telephone: (510) 583-1155
   Facsimile: (510) 583-1200
16
   Attorneys for Plaintiff
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21
22 ROBERT SMITH,                    )    No. C-10-00212 WHA
                                    )
23        Plaintiff,                )    **STIPULATION AND [PROPOSED]
                                    )    ORDER OF DISMISSAL WITH
      v.                            )    PREJUDICE**
24                                  )
   UNITED STATES OF AMERICA,        )
25                                  )
          Defendant.                )
26 _____)

27
28

1   THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE
2   FOLLOWING STIPULATION:

3   Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff ROBERT SMITH and
4   defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the
5   above-captioned action, including all claims that were asserted therein. Each party will bear its
6   own costs and attorneys' fees.

7   DATED: ~~August~~ September 10, 2012        Respectfully submitted,

8                                                MELINDA HAAG
                                                 United States Attorney
9
10                                               _____
                                                 MELISSA SLADDEN
                                                 Assistant United States Attorney

11  DATED: August 31, 2012

12                                               PATRICIA A. TURNAGE
                                                 Law Offices of Patricia Turnage
13
14                                               _____
                                                 PATRICIA A. TURNAGE
                                                 Attorney for Plaintiff

15  DATED: August 31, 2012

16                                               GLEN MOSS
                                                 Moss and Murphy
17
18                                               _____
                                                 GLEN MOSS
                                                 Attorney for Plaintiff
19

20
                                      **[PROPOSED] ORDER**
21
    The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed
22
    with prejudice.
23

24  DATED: September 17, 2012.            _____
25
                                          HONORABLE WILLIAM H. ALSUP
26                                        United States District Judge

27
28