1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  MELISSA K. B. SLADDEN (CABN 203307)
   Assistant United States Attorney
4  ANN MARIE REDING (CABN 226864)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-6962
7    FAX: (415) 436-6748
     melissa.sladden@usdoj.gov
8
   Attorneys for Defendant
9
   PATRICIA A. TURNAGE (CABN 127873)
10 LAW OFFICES OF PATRICIA TURNAGE
   1260 "B" Street, Suite 140
11 Hayward, CA 94541
   Telephone: (510) 727-6752
12 Facsimile: (510) 727-6751

13 GLEN L. MOSS (CABN 44307)
   MOSS AND MURPHY
14 1297 "B" Street
   Hayward, CA 94541
15 Telephone: (510) 583-1155
   Facsimile: (510) 583-1200
16
   Attorneys for Plaintiff
17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21

22 ROBERT SMITH,                    )   No. C-10-00212 WHA
                                    )
23          Plaintiff,              )   **STIPULATION AND** [PROPOSED]
                                    )   **ORDER OF DISMISSAL WITH**
24     v.                           )   **PREJUDICE**
                                    )
25 UNITED STATES OF AMERICA,        )
                                    )
26          Defendant.              )
                                    )

27

28

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff ROBERT SMITH and defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: September 10, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
MELISSA SLADDEN
Assistant United States Attorney

DATED: August 31, 2012

PATRICIA A. TURNAGE
Law Offices of Patricia Turnage

_____
PATRICIA A. TURNAGE
Attorney for Plaintiff

DATED: August 31, 2012

GLEN MOSS
Moss and Murphy

_____
GLEN MOSS
Attorney for Plaintiff

## [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

DATED: September 17, 2012.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

2